**Danny CASTEEL, Plaintiff—Appellant,**

v.

**Judith DAVIDSON; Roger Baker; Emmett C. Wampler; Virginia Department of Health, Defendants—Appellees.**

No. 06–1452.

United States Court of Appeals, Fourth Circuit.

Submitted: May 9, 2007.

Decided: May 24, 2007.

Steven R. Minor, R. Lucas Hobbs, Elliott Lawson & Minor, P.C., Bristol, Virginia, for Appellant. Robert F. McDonnell, Attorney General of Virginia, Maureen Riley Matsen, Deputy Attorney General, Peter R. Messitt, Senior Assistant Attorney General, James C. Stuchell, D. Nelson Daniel, Assistant Attorneys General, Richmond, Virginia, for Appellees.

344

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Casteel appeals the district court's orders granting the Defendants' motion to dismiss and denying Casteel's motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Casteel v. Davidson,* No. 2:06–cv–00001–jpj (W.D.Va. Jan. 31, 2006; Mar. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*